# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-20081-JEM

Plaintiff:
**WINDY LUCIUS,**

vs.

Defendant:
**BEST BUY CO. OF MINNESOTA, INC.,**

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by Professional Process Servers on the 9th day of January, 2020 at 9:00 am to be served on **BEST BUY CO. OF MINNESOTA, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Henri J. Werner, being duly sworn, depose and say that on the **10th day of January, 2020** at **10:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INJUNCTIVE RELIEF and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH, AUTHORIZED SERVICE TECH FOR CT CORPORATION SYSTEM** as **Registered Agent** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **BEST BUY CO. OF MINNESOTA, INC.** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: WHITE, Height: 5'3, Weight: 130, Hair: BROWN, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 10th day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC
CONCHITA NUNEZ
Commission # GG 214086
Expires May 4, 2022
Bonded Thru Budget Notary Services

Henri J. Werner
SPS#847

**Professional Process Servers & Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020000313

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

OBTAIN DESCRIPTION

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS<br><br>*Plaintiff(s)*<br>v.<br>BEST BUY CO, OF MINNESOTA, INC.<br><br>*Defendant(s)* | Civil Action No. 20-CV-20081-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BEST BUY CO. OF MINNESOTA, INC.
c/o Registered Agent CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

SERVED: Donna Mach
DATE: 1-10-20   TIME: 10.35 AM
BY: Henri Weher
A BROWARD COUNTY
SPECIAL PROCESS SERVER
IN GOOD STANDING # 847
W, F, 50's, 5'3" 130, NG, Brown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> J. Courtney Cunningham, Esq.
> J. COURTNEY CUNNINGHAM, PLLC
> 8950 SW 74th Court, Suite 2201
> Miami, FL 33156
> T:  305-351-2014
> cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/9/2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts



313